# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Dolean Alston,

                     Plaintiff,

    v.                             Case No. 17-13014
                                      Hon. Terrence G. Berg

Patsy Lou Chevrolet, Inc.,

                     Defendant.

_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On December 8, 2017 the Court granted attorney Andrew Campbell's motion to withdraw as attorney (Dkt. 11). Plaintiff Dolean Alston was directed to find new representation or to notify the Court, in writing, of the intention to proceed pro se, no later than January 15, 2018, and that failure to comply with the order may result in dismissal of the action. Plaintiff has not responded to that order or taken any further action in this matter.

As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962). Accordingly, it is

ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Dated: January 29, 2018                 s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        U.S. DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated: January 29, 2018            By: s/A. Chubb
                                       Case Manager